# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY POE EL,<br><br>      Plaintiff,<br><br>vs.<br><br>DEBORAH WILLIAMS POE, Power of Attorney, Individual and Official capacity;<br><br>      Defendant. | 8:19CV351<br><br>**MEMORANDUM AND ORDER** |

On August 23, 2019, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis that complies with 28 U.S.C. § 1915 within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 10th day of October, 2019.

                                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                Senior United States District Judge